AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | | |
|---|---|---|
| ERIC OBUYGYEI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-1584 |
| FORROD BONSU, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FORROD BONSU, MICHAEL KOENIG,and THE CITY OF HACKENSACK                                        .

Date:      04/01/2026                                    s/ Leonard E. Seaman
                                                        *Attorney's signature*

                                                        LEONARD E. SEAMAN
                                                        *Printed name and bar number*
                                                        The Law Offices of Richard Malagiere, PC
                                                        250 Moonachie Road, Suite 300A
                                                        Moonachie, New Jersey 07074


                                                        *Address*


                                                        les@malagierelaw.com
                                                        *E-mail address*


                                                        (201) 440-0675
                                                        *Telephone number*


                                                        (201) 440-1843
                                                        *FAX number*