Richard Malagiere (Attorney ID: 037951996)
Leonard E. Seaman (Attorney ID: 35021990)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel:  (201) 440-0675
Attorneys for Defendants, Forrod Bonsu, Michael Koenig, and City of Hackensack

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ERIC OBUYGYEI,** | Civil Action No. 2:26-cv-1564-JKS-JBC |
| *Plaintiff* | **CIVIL ACTION** |
| **vs.** | **NOTICE OF MOTION TO DISMISS COUNT TWO OF THE COMPLAINT AGAINST FORROD BONSU AND MICHAEL KOENIG AND TO DIMISS ALL CLAIMS AGAINST THE CITY OF HACKENSACK** |
| **OFFICER FORROD BONSU, OFFICER MICHAEL KOENIG, and the CITY OF HACKENSACK,** | |
| *Defendants* | |

TO:  STEPHEN T. O'HANLON, ESQ
     O'HANLON SCHWARTZ, P.C.
     2 Penn Center, Suite 1410,
     1500 John F. Kennedy Boulevard
     Philadelphia, PA 19102

**COUNSELOR:**

PLEASE TAKE NOTICE THAT that the undersigned attorneys for defendants,

Forrod Bonsu, Michael Koenig, and City of Hackensack ,will move this Court before

Honorable Jamel K. Semper, U.S.D.J. at the United States District Courthouse for the

District of New Jersey,Frank R. Lautenberg Post Office & US Courthouse, 2 Federal

1

Square, Newark, New Jersey 07102, for an Order dismissing plaintiff's count two of plaintiff's complaint against defendants Forrod Bonsu and Michael Koenig and dismissing counts one and two of plaintiff's complaint against the City of Hackensack pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted and for such other and further relief as the Court may deem proper in the circumstances.

PLEASE TAKE FURTHER NOTICE THAT the return date is calculated to be: May 18, 2026, at 10:00 a.m. or any date thereafter as set by the Court; the date for opposition, if any, is calculated to be: on or before May 4, 2026; the date for reply, if any, is calculated to be: on or before May 11, 2026 and courtesy copies shall be provided by request of the Court only pursuant to the judicial preferences of the Honorable Jamel K. Semper, U.S.D.J. (https://www.njd.uscourts.gov/content/jamel-k-semper)

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the brief, declaration of counsel, and certification of service attached hereto in support of said application. A proposed form of Order is annexed hereto. Oral argument is requested if the Court deems it appropriate.

2

s/ Leonard E. Seaman
Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel:  (201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Defendants, Forrod Bonsu,
Michael Koenig, and City of Hackensack

Dated:  April 20, 2026

3