**O'HANLON SCHWARTZ, P.C.**
BY:  Stephen T. O'Hanlon, Esquire (NJ Bar # 027612008)
      Israel A. Schwartz, Esquire (NJ Bar # 322722020)
      Noah A. Schwartz, Esquire (NJ Bar # 035582009)
2 Penn Center, Suite 1410
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Tel:  (267) 546-9066
Fax: (215) 563-6617
steve@ohanlonschwartz.com
izzy@ohanlonschwartz.com
noah@ohanlonschwartz.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ERIC OBUYGYEI,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| *v.* | : | **NO. 2:26-cv-01564** |
| | : | |
| **FORROD BONSU, et al** | : | |
| | : | **NEWARK VICINAGE** |
| *Defendants*. | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS HONORABLE COURT:**

Kindly enter my appearance as co-counsel on behalf of the above-captioned Plaintiff in

the above-captioned matter.

Respectfully submitted,

**O'HANLON SCHWARTZ, P.C.**

Date: April 30, 2026

 /s/ Israel A. Schwartz
ISRAEL A. SCHWARTZ, ESQUIRE

1