# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

June 22, 2026

## LETTER ORDER

Re:   **Obuygyei v. Bonsu, et al.**
      **Civil Action No. 26-1564 (JKS)**

Dear Counsel,

The initial conference scheduled with the parties in this matter on **July 13, 2026 at 11:30 AM** is adjourned to **August 12, 2026 at 11:00 AM**.  The parties shall submit a joint discovery plan to the Undersigned via email by **August 5, 2026** and are also encouraged to exchange Fed. R. Civ. P 26 initial disclosures in advance of the conference.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**