**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF

**JAMES B. CLARK, III**

**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE

**50 WALNUT STREET, ROOM 2060**

**NEWARK, NJ 07102**

August 12, 2026

**<u>LETTER ORDER</u>**

Re:   **<u>Obuygyei v. Bonsu, et al.</u>**
         **Civil Action No. 26-1564 (JKS)**

Dear Counsel,

Due to the failure of Defendants to appear, the initial conference scheduled in this matter

on **<u>August 12, 2026 at 11:00 AM</u>** is adjourned to **<u>September 28, 2026 at 11:30 AM</u>**.  Counsel for

Plaintiff shall provide dial-information for the Court and counsel for Defendants prior to the call.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**