Mary McDonnell, Esq. Attorney ID#045271992
PFUND MCDONNELL & SHEPARD, P.C.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
Attorneys for Defendant Officer Michael Koenig

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ***Plaintiff***<br>ERIC OBUYGYEI<br><br>v.<br><br>***Defendant(s)***<br>OFFICER FORROD BONSU,<br>OFFICER MICHAEL KOENIG, and<br>the CITY OF HACKENSACK | CIVIL ACTION NO.: 2:26-cv-1564-JKS-JBC<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

I, MARY MCDONNELL, ESQ., of Pfund McDonnell & Shepard, P.C., hereby formally enters a Notice of Appearance on behalf of Defendant, Officer Michael Koenig.

PFUND MCDONNELL & SHEPARD, PC



MARY MCDONNELL, ESQ.

Dated: September 24, 2026