Ian C. Doris, Esq. - 022481993
**KEENAN & DORIS, LLC**
71 Union Ave., Suite 105
Rutherford, NJ 07070
(T): 201-355-8110
(F): 201-355-8118
(E): idoris@keenandoris.com
File No.: 1018-9
*Attorneys for Defendant, Forrod Bonsu*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC OBUYGYEI,<br><br>***, Plaintiffs,***<br><br>v.<br><br>OFFICER FORROD BONSU<br>OFFICER MICHAEL KOENIG,<br>and CITY OF HACKENSACK .<br><br>***, Defendants.*** | Civ. Action No.: 2:26-CV-1564-JKS-JBC<br><br>**NOTICE OF APPEARANCE** |

I, IAN C. DORIS, ESQ., of Keenan & Doris, LLC hereby formally enters a Notice of Appearance on behalf of Defendant, Officer Forrod Bonsu.

**KEENAN & DORIS, LLC**
*Attorneys for Defendant, Officer Forrod Bonsu*

/s/ Ian C. Doris
Ian C. Doris, Esq.

Dated: September 24, 2026